IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 20-35-M-KLD |
| The residential property located at 79 Silverleaf Drive, Kalispell, Montana, 59901; further identified in Attachment A. | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 13th day of October, 2020.

*Kathleen DeSoto*
Kathleen L. DeSoto
United States Magistrate Judge

1